UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )
     )
SHANNON ELAINE FORD, )
          Defendant. )

Case No. MAG. 09-0132 DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHANNON ELAINE FORD, Case No. MAG. 09-0132 DAD, Charge Title 18 USC §§ 2,286,287,1344,1028, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 25,000.00 co-signed by mother

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 28, 2009 at 3:00 p.m. (~~11:50 am~~).

By _____
Dale A. Drozd
United States Magistrate Judge