```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  MARY M. FRENCH, BAR #126643
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL JOSEPH FORD
```

**FILED**

**MAY 22 2009**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-MJ-0132 DAD |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. ) | |
| SHANNON ELAINE FORD and ) MICHAEL JOSEPH FORD, ) | Date: July 16, 2009 Time: 2:00 p.m. |
| Defendants. ) | Judge: Gregory H. Hollows |

IT IS HEREBY STIPULATED AND AGREED between defendants, SHANNON ELAINE FORD and MICHAEL JOSEPH FORD, and plaintiff, United States of America, by and through their attorneys, that the preliminary examination set for May 26, 2009, may be continued to July 16, 2009, at 2:00 p.m.

The parties are exploring resolving the complaint without an indictment being issued. Mrs. and Mr. Ford and the government have therefore agreed to extend time for the preliminary examination until July 16, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must

1

be filed may be extended to July 16, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Dated: May 20, 2009  Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for defendant
MICHAEL JOSEPH FORD

Dated: May 20, 2009  /s/ Mary M. French for
Bruce Locke
_____
BRUCE LOCKE
Attorney for defendant
SHANNON ELAINE FORD

Dated: May 20, 2009  LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary M. French for
Michelle Rodriguez
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

# O R D E R

The preliminary examination is continued to July 16, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

**IT IS SO ORDERED.**

Dated: May 22, 2009  GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge