| | |
|---|---|
| 1 | BRUCE LOCKE (#177787) |
| | Moss & Locke |
| 2 | 555 University Avenue, Suite 150 |
| | Sacramento, CA 95825 |
| 3 | (916) 569-0667 |
| | (916) 569-0665 fax |
| 4 | Attorneys for |
| | SHANNON FORD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-09-289 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM SEPTEMBER 25, |
| | ) | 2009 TO NOVEMBER 20, 2009 AT |
| SHANNON FORD, et al., | ) | 9:00 A.M. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for September 25, 2009 at 9:00 a.m., should be continued to November 20, 2009 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to complete its investigation. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.

DATED: September 22, 2009                   /S/ Bruce Locke
                                                                           BRUCE LOCKE
                                                                           Attorney for Shannon Ford

DATED: September 22, 2009                   /S/ Bruce Locke
                                                                           For LINDA HARTER
                                                                           Attorney for Michael Ford

| | |
|---|---|
| DATED: September 22, 2009 | /S/ Bruce Locke<br>For MICHELLE RODRIGUEZ<br>Assistant United States Attorney |

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for September 25, 2009 is continued to November 20, 2009 at 9:00 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from September 25, 2009 until November 20, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: September 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge