1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   SHANNON FORD

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-09-289 GEB
                                    )
9                 Plaintiff,        )
                                    )   STIPULATION AND
10                                  )   ORDER CONTINUING THE STATUS
        v.                          )   CONFERENCE FROM NOVEMBER 20,
11                                  )   2009 TO JANUARY 29, 2010 AT
    SHANNON FORD, et al.,           )   9:00 A.M.
12                                  )
                  Defendant.        )
13  _____)

14                                  Stipulation

15      The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the

16 United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status

17 Conference currently scheduled for November 20, 2009 at 9:00 a.m., should be continued to January

18 29, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to

19 complete its investigation. Accordingly, time should be excluded from the Speedy Trial

20 Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke

21 to sign this document for them.

22

23 DATED: November 12, 2009                      /S/  Bruce Locke
                                                BRUCE LOCKE
24                                              Attorney for Shannon Ford

25
   DATED: November 12, 2009                      /S/  Bruce Locke
26                                              For LINDA HARTER
                                                Attorney for Michael Ford
27

28

29                                        1

DATED: November 12, 2009                    /S/ Bruce Locke
                                            For MICHELLE RODRIGUEZ
                                            Assistant United States Attorney

## Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for November 20, 2009 is continued to January 29, 2010 at 9:00 a.m.

The Court further finds that the defense needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from November 20, 2009 until January 29, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: November 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge