BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHANNON FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-289 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JANUARY 29,, 2010 TO AT MARCH 26, 2010 AT 9:00 A.M. |
| SHANNON FORD, et al., | |
| Defendant. | |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for January 29, 2010 at 9:00 a.m., should be continued to March 26, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to complete its investigation. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.

DATED: January 26, 2010       /S/ Bruce Locke
                              BRUCE LOCKE
                              Attorney for Shannon Ford

DATED: January 26, 2010       /S/ Bruce Locke
                              For LINDA HARTER
                              Attorney for Michael Ford

1

| | | |
|---|---|---|
| DATED: January 26, 2010 | | /S/ Bruce Locke<br>For MICHELLE RODRIGUEZ<br>Assistant United States Attorney |

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for January 29, 2010 is continued to March 26, 2010 at 9:00 a.m.

The Court further finds that the defense needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from January 29, 2010 until March 26, 2010 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: January 27, 2010

GARLAND E. BURRELL, JR.
United States District Judge