1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL JOSEPH FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL JOSEPH FORD and<br>SHANNON ELAINE FORD,<br><br>        Defendants. | No. 2:09-cr-289-GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 26, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff; Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant MICHAEL JOSEPH FORD; and Bruce Locke, Esq., attorney for defendant SHANNON ELAINE FORD, that the Status Conference hearing date of March 26, 2010 be vacated, and a new Status Conference hearing date of April 16, 2010 at 9:00 a.m. be set.

The parties have been in continuous discussions regarding settlement options, and a proposed plea agreement is anticipated shortly from government's counsel. Defense counsels seek additional time to review the proposed agreements with their respective clients,

1 and to continue discussions with counsel for the government toward
2 resolution of the cases.
3 　　It is further stipulated between the parties that the period from
4 the date of the signing of this order through and including April 16,
5 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and
6 Local Code T4 based upon continuity of counsel and defense preparation.

7 Dated: March 23, 2010
　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　*/s/ Linda C. Harter*

　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　MICHAEL JOSEPH FORD

Dated: March 23, 2010　　　　　　*/s/ Linda C. Harter for*

　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　SHANNON ELAINE FORD

Dated: March 23, 2010　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Linda C. Harter for*

　　　　　　　　　　　　　　　　　MICHELLE RODRIGUEZ
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

*///*
*///*
*///*
*///*
*///*
*///*

Stipulation/Order

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 16, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order