| | |
|---|---|
| 1 | BRUCE LOCKE (#177787) |
| | Moss & Locke |
| 2 | 555 University Avenue, Suite 150 |
| | Sacramento, CA 95825 |
| 3 | (916) 569-0667 |
| | (916) 569-0665 fax |
| 4 | Attorneys for |
| | SHANNON FORD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-289 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM APRIL 16, |
| | ) | 2010 TO MAY 21, 2010 AT |
| SHANNON FORD, et al., | ) | 9:00 A.M. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for April 16, 2010 at 9:00 a.m., should be continued to May 21, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to consider the plea agreement that the government has offered. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.

DATED: April 13, 2010                    /S/ Bruce Locke
                                                                                                           BRUCE LOCKE
                                                                                                          Attorney for Shannon Ford

DATED: April 13, 2010                    /S/ Bruce Locke
                                                                                                          For LINDA HARTER
                                                                                                          Attorney for Michael Ford

DATED: April 13, 2010           /S/ Bruce Locke
                                For MICHELLE RODRIGUEZ
                                Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for April 16, 2010 is continued to May 21, 2010 at 9:00 a.m.

The Court further finds that the defense needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from April 16, 2010 until May 21, 2010 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: April 14, 2010

GARLAND E. BURRELL, JR.
United States District Judge