BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHANNON FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANNON FORD, et al., <br><br> Defendant. | No. CR. S-09-289 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE FROM MAY 21, 2010 TO JUNE 25, 2010 AT 9:00 A.M. |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for May 21, 2010 at 9:00 a.m., should be continued to June 25, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to consider and discuss with the government the plea agreement that the government has offered. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.

DATED: May 20, 2010               /S/  Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Shannon Ford

DATED: May 20, 2010               /S/  Bruce Locke
                                   For LINDA HARTER
                                   Attorney for Michael Ford

1

DATED: May 20, 2010          /S/ Bruce Locke
                             For MICHELLE RODRIGUEZ
                             Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for May 21, 2010 is continued to June 25, 2010 at 9:00 a.m.

The Court further finds that the defense needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from May 21, 2010 until June 25, 2010 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: May 20, 2010

GARLAND E. BURRELL, JR.
United States District Judge