```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  555 University Avenue, Suite 150
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    SHANNON FORD
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-289 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM JUNE 25, 2010 |
| | ) |  TO JULY 16, 2010 AT 9:00 A.M. |
| SHANNON FORD, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for June 25, 2010 at 9:00 a.m., should be continued to July 16, 2010 at 9:00 a.m. The reason for the continuance is that the defense needs additional time to consider and discuss with the government the plea agreement that the government has offered.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4.  Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.


DATED: June 23, 2010                               /S/  Bruce Locke
                                                   BRUCE LOCKE
                                                   Attorney for Shannon Ford


DATED: June 23, 2010                               /S/  Bruce Locke
                                                   For LINDA HARTER
                                                   Attorney for Michael Ford

1

DATED: June 23, 2010        /S/ Bruce Locke
                            For MICHELLE RODRIGUEZ
                            Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for June 25, 2010 is continued to July 16, 2010 at 9:00 a.m.

The Court further finds that the defense needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from June 25, 2010 until July 16, 2010 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: June 24, 2010

GARLAND E. BURRELL, JR.
United States District Judge