1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MICHAEL JOSEPH FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-289-GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| MICHAEL JOSEPH FORD and SHANNON ELAINE FORD, | |
| Defendants. | Date: July 16, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff; Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant MICHAEL JOSEPH FORD; and Bruce Locke, Esq., attorney for defendant SHANNON ELAINE FORD, that the Status Conference hearing date of July 16, 2010 be vacated, and a new Status Conference hearing date of August 6, 2010 at 9:00 a.m. be set.

The parties have been in continuous discussions regarding settlement options, and a proposed plea agreement is being drafted by government's counsel. Defense counsels seek additional time to review the proposed agreements with their respective clients, and to continue

1  discussions with counsel for the government toward resolution of the
2  cases.
3      It is further stipulated between the parties that the period from
4  the date of the signing of this order through and including August 6,
5  2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and
6  Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 9, 2010
                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                */s/ Linda C. Harter*

                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL JOSEPH FORD

Dated: July 9, 2010             */s/ Linda C. Harter for*

                                BRUCE LOCKE
                                Attorney for Defendant
                                SHANNON ELAINE FORD

Dated: July 9, 2010             BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Linda C. Harter for*

                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney

*///*
*///*
*///*
*///*
*///*
*///*

Stipulation/Order

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 6, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order