DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOSEPH FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-289-GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| MICHAEL JOSEPH FORD and SHANNON ELAINE FORD, | |
| Defendants. | Date: September 24, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff; Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant MICHAEL JOSEPH FORD; and Bruce Locke, Esq., attorney for defendant SHANNON ELAINE FORD, that the Status Conference hearing date of September 24, 2010 be vacated, and a new Status Conference hearing date of November 5, 2010 at 9:00 a.m. be set.

The parties continue their discussions regarding settlement options, and further investigation is needed before a final resolution can be reached among the parties. Defense counsels seek additional time to continue discussions with counsel for the government toward

1 | resolution of the cases.

2 | It is further stipulated between the parties that the period from
3 | the date of the signing of this order through and including November 5,
4 | 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and
5 | Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 14, 2010

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Linda C. Harter*

LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL JOSEPH FORD

Dated: September 14, 2010      */s/ Linda C. Harter for*

BRUCE LOCKE
Attorney for Defendant
SHANNON ELAINE FORD

Dated: September 14, 2010      BENJAMIN B. WAGNER
United States Attorney

*/s/ Linda C. Harter for*

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 5, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 14, 2010

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order

Stipulation/Order