```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  555 University Avenue, Suite 150
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    SHANNON FORD
 5
```

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-09-289 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM NOVEMBER 5 |
| | ) |  2010 TO DECEMBER 3, 2010 AT |
| SHANNON FORD, et al., | ) | 9:00 A.M. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

                               <u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for November 5, 2010 at 9:00 a.m., should be continued to December 3, 2010 at 9:00 a.m. The reason for the continuance is that the parties are close to resolving the case without trial and need additional time to consider and discuss with the government the plea agreements that the government has offered.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4.  Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.


DATED: November 4, 2010                    /S/  Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Shannon Ford


DATED: November 4, 2010                    /S/  Bruce Locke
                                          For LINDA HARTER
                                          Attorney for Michael Ford

                                    1

DATED: November 4, 2010          /S/ Bruce Locke
                                  For MICHELLE RODRIGUEZ
                                  Assistant United States Attorney

## Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for November 5, 2010 is continued to December 3, 2010 at 9:00 a.m.

The Court further finds that the parties need additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from November 5, 2010 until December 3, 2010 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: November 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge