```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  555 University Avenue, Suite 150
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    SHANNON FORD
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-289 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM DECEMBER 3, |
| | ) | 2010 TO JANUARY 7, 2011 AT |
| SHANNON FORD, et al., | ) | 9:00 A.M. |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendants, by and through their attorneys, Bruce Locke and Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the Status Conference currently scheduled for December 3, 2010 at 9:00 a.m., should be continued to January 7, 2011 at 9:00 a.m. The reason for the continuance is that the parties are close to resolving the case without trial and need additional time to consider and discuss with the government the plea agreements that the government has offered. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4. Ms. Harter and Ms. Rodriguez have authorized Mr. Locke to sign this document for them.

DATED: November 30, 2010                    /S/ Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Shannon Ford

DATED: November 30, 2010                    /S/ Bruce Locke
                                            For LINDA HARTER
                                            Attorney for Michael Ford

1

DATED: November 30, 2010        /S/ Bruce Locke
                                For MICHELLE RODRIGUEZ
                                Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for December 3, 2010 is continued to January 7, 2011 at 9:00 a.m.

The Court further finds that the parties need additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore, time is excluded from the speedy trial calculation for counsel preparation under the Speedy Trial Act from December 3, 2010 until January 7, 2011 pursuant to 18 U.S.C. § §3161(h)(7)(A) and (B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: November 30, 2010

GARLAND E. BURRELL, JR.
United States District Judge