1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   SHANNON FORD

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,           )      No.  CR. S-09-289 GEB
                                        )
9                  Plaintiff,           )
                                        )      STIPULATION AND [PROPOSED]
10                                       )      ORDER CONTINUING THE DATE
            v.                          )      FOR SENTENCING FROM APRIL 1
11                                       )      2011 TO JULY 15, 2011 AT
    SHANNON FORD, et al.,               )      9:00 A.M.
12                        ,             )
                   Defendant.           )
13  _____   )

14                               Stipulation

15       The defendant, Shannon Ford, by and through her attorney, Bruce Locke, the defendant

16  Michael Ford, by and through his attorney, Linda Harter, and the United States, by and through its

17  attorney, Michelle Rodriguez, hereby stipulate that the date for sentencing for Ms. Ford and the

18  status conference for Mr. Ford, currently scheduled for April 1, 2011 at 9:00 a.m., should be

19  continued to July 15, 2011 at 9:00 a.m. The reason for the continuance is that Ms. Ford must attend

20  a mediation concerning a custody dispute over her 11 year old daughter in May and a court hearing

21  on the custody on June 9, 2011. Ms. Ford's ex-husband owes over $40,000 in back child support,

22  has not seen his daughter in five years, has several arrests, and was abusive to Ms. Ford when they

23  were married. The ex-husband has not had visitation rights in more than five years. Ms. Ford

24  believes that her presence at the mediation and custody hearing is vital to her daughter's best

25  interests. Ms. Ford's ex-husband filed this custody case when he learned that Ms. Ford had pled

26  guilty in this case.  Ms. Rodriguez and Ms. Harter have authorized Mr. Locke to sign this document

27  for them.

28

29                                       1

1 ////

2

3

4 DATED: March 7, 2011                    /S/  Bruce Locke
5                                         BRUCE LOCKE
                                          Attorney for Shannon Ford

6
   DATED: March 7, 2011                   /S/  Bruce Locke
7                                         For LINDA HARTER
                                          Attorney for Michael Ford
8

9

10

11 DATED: March 7, 2011                   /S/ Bruce Locke
                                          For MICHELLE RODRIGUEZ
12                                        Assistant United States Attorney

13

14

15                              Order

16

17
         IT IS SO ORDERED.
18

19 Dated:  March 8, 2011

20

21 GARLAND E. BURRELL, JR.
   United States District Judge

22

23

24

25

26

27

28

29                              2