BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHANNON FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON FORD, et al.,<br><br>Defendant. | No. CR. S-09-289 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR SENTENCING FROM AUGUST 26, 2011 TO SEPTEMBER 16, 2011 AT 9:00 A.M. |

### Stipulation

The defendant, Shannon Ford, by and through her attorney, Bruce Locke, the defendant, Michael Ford, by and through his attorney, Linda Harter, and the United States, by and through its attorney, Michelle Rodriguez, hereby stipulate that the date for sentencing for Ms. Ford and the status conference for Mr. Ford, currently scheduled for August 26, 2011 at 9:00 a.m., should be continued to September 16, 2011 at 9:00 a.m. The reason for the continuance is that counsel for Ms. Ford needs additional time to prepare informal objections. Ms. Rodriguez and Ms. Harter have authorized Mr. Locke to sign this document for them.

Informal objections shall be filed by August 12, 2011.

The final PSR shall be filed with the Court and served on counsel on August 26, 2011.

Formal objections and the motion to correct the PSR shall be filed by September 2, 2011.

The reply or non-opposition to objections shall be filed by September 9, 2011.

DATED: August 3, 2011            /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Shannon Ford

DATED: August 3, 2011                                    /S/  Bruce Locke
                                                      For LINDA HARTER
                                                      Attorney for Michael Ford


DATED: August 3, 2011                                    /S/ Bruce Locke
                                                      For MICHELLE RODRIGUEZ
                                                      Assistant United States Attorney


Order

IT IS SO ORDERED.

Dated:  August 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge